OFFICE OF DISCIPLINARY COUNSEL *v.* REISMAN.

[Cite as Disciplinary Counsel *v.* Reisman (1990), 55 Ohio St. 3d 21.]

(No. 90-805—Submitted June 19, 1990—Decided November 7, 1990.)

*J. Warren Bettis,* disciplinary counsel, and *Harald F. Craig III,* for relator.

*Bernard Eugene Reisman, pro se.*

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's finding of misconduct and its recommendation. Therefore, respondent is hereby ordered suspended from the practice of law in Ohio for a period of one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.